FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Feb 13, 2024
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHARLES CONKLIN, an individual,

Plaintiff,

v.

STATE FARM INSURANCE COMPLANY, a foreign insurance corporation,

Defendant.

No. 2:23-CV-00355-ACE

ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

**ECF No. 14**

**BEFORE THE COURT** is the parties' Stipulated Motion for Dismissal. ECF No. 14. Plaintiff is represented by Michael Maurer and Charles Hausberg; Defendant is represented by Steven Jensen and William Gibson.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action by filing a Stipulated Motion to Dismiss that is signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiff's claims with prejudice and without an award of fees or costs. ECF No. 14. The stipulation is signed by counsel for all parties.

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 14**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED February 13, 2024.




ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE